**FILED**
November 9, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>                       Plaintiff,             )<br>v.                                                         )<br>                                                              )<br>ZACHARY KURTZ,                           )<br>                                                              )<br>                       Defendant.        )  | Case No. 2:12MJ00293-GGH-<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZACHARY KURTZ__ , Case No. __2:12MJ00293-GGH-__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __    Release on Personal Recognizance

     __    Bail Posted in the Sum of $__

     ✔    Unsecured Appearance Bond ($50,000.00)

     __    Appearance Bond with 10% Deposit

     __    Appearance Bond with Surety

     __    Corporate Surety Bail Bond

     ✔    (Other)    __Pretrial conditions as stated on the record. The defendant shall be released on 11/13/2012 @ 8:30 a.m.__

Issued at __Sacramento, CA__ on __November 9, 2012__ at __2:55 pm__ .

By   /s/ Gregory G. Hollows
       Gregory G. Hollows
       United States Magistrate Judge

Copy 5 - Court