1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  1007 7th St Ste 100
3  Sacramento, CA 95814
   Telephone:    (916) 447-8600
4  Fax:          (916) 930-6482
5  E-Mail:       davefischer@yahoo.com

6  Attorney for Defendant
7  ZACHARY KURTZ

8

9       **IN THE UNITED STATES OF DISTRICT COURT FOR THE**

10            **EASTERN DISTRICT OF CALIFORNIA**

11

12 UNITED STATES OF AMERICA,

13                    Plaintiff,                Case No. 2:12-cr-00398 WBS

14            v.                                **STIPULATION AND ORDER TO**
                                                 **MODIFY CONDITIONS OF**
15                                               **PRETRIAL RELEASE**

16 ZACHARY KURTZ
                    Defendant.
17

18

19       On November 9, 2012, Mr. Kurtz appeared in the Eastern District of California

20 on this case.  He was released on an unsecured bond in the amount of $50,000 under the

21 supervision of Pretrial Services.  Conditions numbered 10 through 12 require Mr. Kurtz

22 to participate in a home confinement program, which will include electronic monitoring

23 and a curfew.  Mr. Kurtz has completed MRT and Better Choices.  He has been

24 cooperative with Pretrial Services.  After consulting with Mr. Kurtz's Pretrial Services

25 Officer, Steve Sheehan, the parties stipulate that conditions numbered 10 through 12

26 should be removed and ask the Court to remove these conditions.

27       Accordingly, the parties ask the Court to adopt this stipulation and proposed

28 order.

- 1 -

- 2 -

1

2                                                        Respectfully submitted,

3

4    Dated:   January 10, 2014                    /s/ David D. Fischer
                                                  DAVID D. FISCHER
5                                                 Attorney for Defendant
6                                                 ZACHARY KURTZ

7

8    Dated:   January 10, 2014                    /s/ David D. Fischer for
                                                  JILL THOMAS
9                                                 Assistant United States Attorney
10                                                Counsel for Plaintiff

11

12          **IT IS SO ORDERED**

13   **Dated:  January 10, 2014**

14

15                                       _____
                                         DALE A. DROZD
16                                       UNITED STATES MAGISTRATE JUDGE

17   Dad1.crim
     Kurtz0398.stipo.modify.COR

18

19

20

21

22

23

24

25

26

27

28