DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>            v.<br><br>ZACHARY KURTZ<br>                      Defendant. | Case No. 2:12-cr-00398 WBS<br><br>**STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

    On November 9, 2012, Mr. Kurtz appeared in the Eastern District of California on this case. He was released on an unsecured bond in the amount of $50,000 under the supervision of Pretrial Services.

    Mr. Kurtz's Pretrial Services Officer, Michael Evans, believes that Mr. Kurtz would benefit from counseling due to stress that he is experience from the passing of his aunt, the birth of his son, and the proposed plea agreement. Accordingly, the parties agree that the following condition be added to Mr. Kurtz's conditions of release:

> You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services

based upon your ability to pay, as determined by the pretrial services officer.

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:  September 11, 2014                         /s/ David D. Fischer
                                                   DAVID D. FISCHER
                                                   Attorney for Defendant
                                                   ZACHARY KURTZ

Dated:  September 11, 2014                         /s/ David D. Fischer for
                                                   JILL THOMAS
                                                   Assistant United States Attorney
                                                   Counsel for Plaintiff

**IT IS SO ORDERED**

Dated: 9/11/2014                                   /s/Carolyn K. Delaney
                                                   CAROLYN K. DELANEY
                                                   U.S. MAGISTRATE JUDGE