DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:12-CR-00398 WBS |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT AND ORDER |
| v. | |
| ZACHARY KURTZ | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate to continue the Judgment and Sentencing date and amend the Schedule for Disclosure of Pre-Sentence Report and Filing of Objections as follows:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **December 1, 2014** |
| Reply or Statement | November 24, 2014 |
| Motion for Correction of the Pre-Sentence Report | November 17, 2014 |
| The Pre-Sentence Report Shall be Filed no later than: | November 10, 2014 |
| Counsel's Written Objections of the Pre-Sentence Report | November 3, 2014 |

1

IT IS SO STIPULATED.

Dated:  September 25, 2014					BENJAMIN WAGNER
								U.S. ATTORNEY

							by:	/s/ David D. Fischer for
								JILL THOMAS
								Assistant U.S. Attorney
								Attorney for Plaintiff


Dated:  September 25, 2014					/s/  David D. Fischer
								DAVID D. FISCHER
								Attorney for Defendant
								ZACHARY KURTZ


**O R D E R**


IT IS SO ORDERED.

Dated:  October 2, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2