DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>ZACHARY KURTZ<br><br>     Defendant. | No. 2:12-CR-00398 WBS<br><br>STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT AND [~~PROPOSED~~] ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate to continue the Judgment and Sentencing date from 12/1/2014 and amend the Schedule for Disclosure of Pre-Sentence Report and Filing of Objections as follows:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **January 12, 2015** |
| Reply or Statement | December 22, 2014 |
| Motion for Correction of the Pre-Sentence Report | December 15, 2014 |
| The Pre-Sentence Report Shall be Filed no later than: | December 8, 2014 |
| Counsel's Written Objections of the Pre-Sentence Report | December 1, 2014 |

1

IT IS SO STIPULATED.

Dated:  October 24, 2014  BENJAMIN WAGNER
U.S. ATTORNEY

by:  /s/ David D. Fischer for
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  October 24, 2014  /s/  David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
ZACHARY KURTZ

**O R D E R**

IT IS SO ORDERED.

Dated:   October 27, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2