DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 447-8600
Fax (916) 930-6482
E-Mail:  davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ZACHARY KURTZ<br><br>            Defendant. | No. 2:12-CR-00398 WBS<br><br>STIPULATION REGARDING CONTINUANCE OF JUDGMENT AND SENTENCING AND AMENDED SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT AND [PROPOSED] ORDER |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate to continue the Judgment and Sentencing date and amend the Schedule for Disclosure of Pre-Sentence Report and Filing of Objections as follows:

| | |
|---|---|
| **Judgment and Sentencing Date:** | **February 23, 2015 at 9:30 am** |
| Reply or Statement | February 17, 2015 |
| Motion for Correction of the Pre-Sentence Report | February 9, 2015 |
| The Pre-Sentence Report Shall be Filed no later than: | February 2, 2015 |
| Counsel's Written Objections of the Pre-Sentence Report | January 26, 2015 |

IT IS SO STIPULATED.

Dated:  January 8, 2015                               BENJAMIN WAGNER
                                                      U.S. ATTORNEY

                                          by:        /s/ David D. Fischer for
                                                      JILL THOMAS
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff


Dated:  January 8, 2015                               /s/  David D. Fischer
                                                      DAVID D. FISCHER
                                                      Attorney for Defendant
                                                      ZACHARY KURTZ


**O R D E R**


IT IS SO ORDERED.

Dated:  January 8, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2