DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:	(916) 447-8600
Fax:	(916) 930-6482
E-Mail:	davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ZACHARY KURTZ<br>    Defendant. | Case No. 2:12-cr-00398 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

    On November 9, 2012, Mr. Kurtz appeared in the Eastern District of California on this case. He was released on an unsecured bond in the amount of $50,000 under the supervision of Pretrial Services. Condition number 16 prohibits Mr. Kurtz from associating with gang members. Mr. Kurtz's brother, Rodney Lopez, is serving a state prison sentence and is classified as a gang member. On February 23, 2015, Mr. Kurtz was sentenced to 24 months of imprisonment, and was given a surrender date of April 7, 2015. Mr. Kurtz would like to visit his brother since he has not seen him in over two years and will not be able to see him again until after he serves his prison sentence.

    The parties agree that condition number 16 be modified to read: "You shall not associate or have contact with any gang members (with the exception of your brother,

- 1 -

Rodney Lopez between February 24, 2015, and April 7, 2015, in order to visit him one time between February 24, 2015, and April 7, 2015) or any co-defendants in any of the related cases unless in the presence of counsel…"

Pretrial Services is opposed to the proposed modification, due to the fact the defendant is a validated gang member and he has a condition of release prohibiting him from associating with or contacting any known gang members.  Despite Pretrial Service's opposition, the parties stipulate that condition number 16 should be modified as requested above so that the defendant may have a social visit with his brother before he begins to serve his prison sentence.

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:  February 24, 2015        /s/ David D. Fischer
                                 DAVID D. FISCHER
                                 Attorney for Defendant
                                 ZACHARY KURTZ

Dated:  February 24, 2015        /s/ David D. Fischer for
                                 JILL THOMAS
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

**IT IS SO ORDERED**

Dated:  March 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE