DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:    (916) 447-8600
Fax:                (916) 930-6482
E-Mail:          davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

### IN THE UNITED STATES OF DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>ZACHARY KURTZ<br>                    Defendant. | Case No. 2:12-cr-00398 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE** |

The defendant, Zachary Kurtz, and the United States stipulate that Mr. Kurtz's self-surrender date, currently set for Tuesday, April 7, 2015, be extended to Tuesday, May 5, 2015 by 2 p.m., to allow Mr. Kurtz more time to help his family find housing while he is incarcerated.

On March 11, 2015, Mr. Kurtz's wife reported to the Sacramento police that she and other family members were the victim of an attempted home invasion robbery at her home while Mr. Kurtz was at work. Since that time, the Kurtz family does not feel safe in their home and they are trying to locate another residence that Mrs. Kurtz and her mother can afford while Mr. Kurtz is in custody.  This is a one-time request and no further requests will be made to extend his self-surrender date.

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

                                                                              Respectfully submitted,

Dated:   March 30, 2015                         /s/ David D. Fischer
                                                         DAVID D. FISCHER
                                                         Attorney for Defendant
                                                         ZACHARY KURTZ

Dated:   March 30, 2015                         /s/ David D. Fischer for
                                                         JILL THOMAS
                                                         Assistant United States Attorney
                                                         Counsel for Plaintiff

**IT IS SO ORDERED**

**Dated:  March 30, 2015**

*[Signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE