DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

**IN THE UNITED STATES OF DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

ZACHARY KURTZ
          Defendant.

Case No. 2:12-cr-00398 WBS

**STIPULATION AND [PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE**

     The defendant, Zachary Kurtz, and the United States stipulate that Mr. Kurtz's self-surrender date, currently set for Tuesday, May 5, 2015, be extended to Tuesday, May 19, 2015 by 2 p.m., to allow Mr. Kurtz more time to help his family secure housing while he is incarcerated.

     On March 11, 2015, Mr. Kurtz's wife reported to the Sacramento police that she and other family members were the victim of an attempted home invasion robbery at her home while Mr. Kurtz was at work. Since that time, the Kurtz family does not feel safe in their home and they are trying to locate another residence that Mrs. Kurtz and her mother can afford while Mr. Kurtz is in custody.  A previous request to extend Mr. Kurtz's surrender date was granted to extend his date from April 7, 2015 to May 5, 2015.  Mr. Kurtz is trying to finalize arrangements to secure housing for his family.

- 1 -

- 2 -

Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:  April 29, 2015                    /s/ David D. Fischer
                                          DAVID D. FISCHER
                                          Attorney for Defendant
                                          ZACHARY KURTZ

Dated:  April 29, 2015                    /s/ David D. Fischer for
                                          JILL THOMAS
                                          Assistant United States Attorney
                                          Counsel for Plaintiff

**IT IS SO ORDERED**

**Dated:  May 1, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE