DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
1007 7th St Ste 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
ZACHARY KURTZ

# IN THE UNITED STATES OF DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>ZACHARY KURTZ<br>                    Defendant. | Case No. 2:12-cr-00398 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND SELF SURRENDER DATE** |

   The defendant, Zachary Kurtz, and the United States stipulate that Mr. Kurtz's self-surrender date, currently set for Tuesday, May 5, 2015, be extended to Tuesday, June 2, 2015 by 2 p.m.. Mr. Kurtz had trouble helping his wife and infant secure housing. They have found a home and can move in May 29, 2015. He would like to help his family move before he surrenders.

   As stated in my previous requests, on March 11, 2015, Mr. Kurtz's wife reported to the Sacramento police that she and other family members were the victim of an attempted home invasion robbery at her home while Mr. Kurtz was at work. Since that time, the Kurtz family does not feel safe in their home and worked to locate another residence that Mrs. Kurtz and her mother can afford while Mr. Kurtz is in custody. A previous request to extend Mr. Kurtz's surrender date was granted to extend his date

- 1 -

- 2 -

from April 7, 2015 to May 5, 2015, and another from May 19, 2015.  No additional requests to extend his surrender date should be necessary.

      Accordingly, the parties ask the Court to adopt this stipulation and proposed order.

Respectfully submitted,

Dated:  May 15, 2015             /s/ David D. Fischer
DAVID D. FISCHER
Attorney for Defendant
ZACHARY KURTZ

Dated:  May 15, 2015             /s/ David D. Fischer for
JILL THOMAS
Assistant United States Attorney
Counsel for Plaintiff

**IT IS SO ORDERED**

**Dated:  May 15, 2015**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE